# EVIDENCE INDEX

Exhibit A............................................. Search Warrant

Exhibit B ............................................ Affidavit of Probable Cause

Exhibit C ............................................ Evidence Inventory & Receipt

Exhibit D ............................................ House Lease

Exhibit E ............................................ Receipts for Gold Transactions

Exhibit F ............................................ Receipts for Silver Transactions

Exhibit G ............................................ Receipts for Ammunition

Exhibit H ............................................ Bank Receipt for Invoice 737184

Exhibit I ............................................. Bank Receipt for Cash Withdrawal To support purchase of Money Orders and Cash on hand in the house.

Exhibit J .............................................Receipt for two $1000.00 Postal Money Orders