STATE OF NORTH DAKOTA            IN DISTRICT COURT

COUNTY OF BENSON            NORTHEAST JUDICIAL DISTRICT

## SEARCH WARRANT

### TO ANY PEACE OFFICER OF THE STATE OF NORTH DAKOTA:

An Affidavit having been made before me by **Special Agent Stell Fallon,** of the Bureau of Indian Affairs (BIA) that he has reason to believe that the address of 9275 34TH ST NE, Tolna, ND 58380 in Benson County, that there is now being concealed property and evidence namely:

**unlawful controlled substances specifically but not limited to processed marijuana, marijuana plants, unlawful drug paraphernalia, documentation of drug sales and/or drug use, and/or monies derived from drug sales, monies intended for the purchase of illegal controlled substances, and money wire transfers as more specifically listed in the affidavit of probable cause.** and this constitutes evidence of a violation of the Statutes of North Dakota, specifically, NDCC 19-03.1 and 19-03.4 (ND Drug Laws), the above items may constitute evidence of the commission of a criminal offense, contraband, fruits of a crime, things otherwise criminally possessed, or property designed or intended for use which is or has been used as means of committing a criminal offense, and these statutes provide a basis for seizure of the evidence of these violations;

**BIA Special Agent Stell Fallon** has verified and is satisfied that there is probable cause to believe that the property, residence, outbuildings, vehicles, and any persons present so described is being concealed on the premises above-described; and therefore, I am satisfied that there is probable cause to believe that the property so described in **Attachment A** is being concealed on the premises above-described.

YOU ARE HEREBY COMMANDED **to search within ten (10) days** after receiving this warrant on the above-described premises, residence, vehicles, persons present and outbuildings for the named property specified above and in **affidavit of probable cause.** You are further commanded to serve this warrant and making **the search during the daytime (6:00 AM to 10:00 PM local time),** unless otherwise authorized below; And if the property to seize it, remove it from the premises for the purpose of conducting an examination of evidence, leaving a copy of this warrant and a receipt for the property seized, and prepare a written inventory of the property seized and filing a return of this warrant and the written inventory of items seized with the Clerk of District Court.

Given under my hand, with the signature and seal of said District Court Judge affixed this 23rd Day of ___Aug___, 2024.

6:08 Pm
Time Issued

_____
Judge of District Court

To be Completed by Judge:

EXHIBIT _A P.1_

1.    Additional Facts sworn to, and a recording left with Magistrate _____ YES ___ NO
2.    Nighttime service authorized _____ YES ___ NO
3.    NO-KNOCK authorized _____ YES ___ NO
4.    Facsimile signature _____ YES ___ NO

N.D. R. Crim. P. 41(b)

NDCC 19-03.1-32 (regarding facts for NO-KNOCK)