STATE OF NORTH DAKOTA
COUNTY OF BENSON
NORTHEAST JUDICIAL DISTRICT


**<u>Affidavit of Probable Cause to</u>**
**<u>Support Search Warrant</u>**

Stell Fallon, Special Agent (SA) for the Bureau of Indian Affairs (BIA), is applying to the North East Judicial District Court for a Search Warrant to the premises bearing the address of 9275 34TH ST NE, Tolna, ND 58380 as well as any persons, vehicles, and outbuildings on the premises. This address has been verified through a parcel viewer used in Benson County.   There is now evidence being concealed at this property, namely;

Evidence including:

1. Controlled substances, including processed marijuana and marijuana plants.

2. Books, records receipts, notes, ledgers and other papers relating to the transportation, ordering, purchase and distribution of controlled substances.

3. Papers, tickets, notes, receipts, and other papers relating to domestic and international travel;

4. Books, records, invoices, receipts, records of real estate transactions, tax returns, bank statements and related records, passbooks, money drafts, letters of credit, money orders, bank drafts and cashier's checks, safe deposit keys, money wrappers and other items evidencing the obtaining, secreting, transfer, and/or concealment of assets and the obtaining, secreting, transfer, concealment, and/or expenditure of money;

5. Computers, computer tablets such as iPads, cellular telephones, media storage devices associated with computers or cellular telephones, cellular telephone accessories, and any other items used to facilitate the use of cellular or other wire communications. This shall include the digital contents of any computer, computer tablet, cellular telephone, media storage device, or electronic device located, to be seized via photographic imaging, electronic imaging, or otherwise, either on scene or at a separate location. The search of the digital contents of such devices shall include a search for any of the following information: a. All records, data, and images, in whatever form and by whatever means they have been created or stored on such devices, for evidence relating to violations of NDCC Code 19-03.1-23 (North Dakota Drug Laws) involving "Corey CHRISTOFFERSON" and/or any unknown, or yet to be identified subjects, including the following: (a) lists of drug customers and related identifying information; types, amounts and

**EXHIBIT** _B P1_

6. prices of drugs purchased, used or trafficked, or offered for purchase or sale, as well as dates, places, and amounts of specific transactions; (b) any information related to sources of narcotic drugs (including names, addresses, phone numbers, images, or any other identifying information); (c) photographic or video images of drugs, drug paraphernalia, firearms, ammunition, money or monetary instruments, money wire transactions or receipts, drug use or drug transactions; (d) any information recording the travels of SMOKE and/or any unknown, or yet to be identified subjects; (e) any financial account and transaction information; (f) electronic message documentation and content, including sent, unsent, received, or attempted messages whether they are texts, chats, tweets, images, videos, emails, or some other form of electronic message involving controlled substances or firearms; and, (g) digital documents, messages, or other information tending to show dominion and control over the electronic device at the time of its use.

7. During the execution of the search of seized electronic communication devices as described in Paragraph 5, law enforcement personnel are authorized to press the fingers (including thumbs) of individuals found at the Subject Premises to the Touch ID sensor of electronic communication devices, such as an iPhone or iPad, found at the Subject Premises for the purpose of attempting to unlock the device via Touch ID in order to search the contents as authorized by this warrant.

8. United States currency, precious metals, jewelry, and financial instruments, including stocks and bonds;

9. Photographs, including still photos, negatives, video tapes, films, electronic images, undeveloped film and the contents thereof, slides, and in particular photographs, etc., of co-conspirators, of assets, and/or controlled substances;

10. Address and/or telephone books, electronic contact records, and any papers reflecting names, addresses, telephone numbers, pager numbers, fax numbers, email or other

EXHIBIT *B P2*