

# EVIDENCE INVENTORY AND RECEIPT
NORTH DAKOTA OFFICE OF ATTORNEY GENERAL
BUREAU OF CRIMINAL INVESTIGATION
SFN 14555 (01-2019)

| Case Agent: Stell Fallon | Case Number: TF24-00765 | Page 1 of 1 |
|---|---|---|
| Subject Name: Thomas John Squires | Date/Time Search Initiated: 8-25-24 1430 | Date/Time Search Terminated: 8-25-24 1745 |
| Address/Place of Search/Seizure: 9275 34th St NE - 2nd House | City: Tolna | State: ND  ZIP: 58 |

| Item Number | Description and List of Evidence | Found By | Location Property or Evidence/Received |
|---|---|---|---|
| 1 | Brown Box w/ 400 rd 12 gauge Buckshot Ammo | SF | Bedroom |
| 2 | Brown Box w/ 500 rd slug round | SF | " " |
| 3 | Brown Box w/ 12 gauge ammo | SF | " " |
| 4 | Brown Box w/ 22 ammo & 12 gauge ammo | SF | " " |
| 5 | Brown Box w/ slug rd ammo | SF | " " |
| 6 | 3 Brown Boxes w/ 22 wmr ammo | SF | " " |
| 7 | Black box w/ rolls of quarters | SF | Office |
| 8 | $1000 in US currency | SF | Kitchen |

*Nothing Follows #400*

## CHAIN OF CUSTODY

| Item Number | Date | Time | Received By | Released By | Purpose |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | EXHIBIT C |

This report is the property of the North Dakota Bureau of Criminal Investigation (BCI) and is not to be copied or disseminated without the specific permission of the BCI.