IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| THOMAS J. SQUIREK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BUREAU OF INDIAN AFFAIRS, AND THE UNITED STATES OF AMERICA,<br><br>　　　　Defendants. | Case No. 3:24-cv-00206<br><br>**UNITED STATES' MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

　　The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and James Patrick Thomas, Assistant United States Attorney, on behalf of defendants Bureau of Indian Affairs and the United States of America (collectively "United States") moves the Court under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure for an order dismissing Plaintiff's First Amended Complaint for lack of jurisdiction and, in the alternative, for failure to state a claim upon which relief can be granted.

　　This motion is supported by United States' Memorandum in Support of Motion to Dismiss First Amended Complaint, related filings, and all other filings in this case.

　　Dated:　January 6, 2025

　　　　　　　　　　　　　　　　　　　　MAC SCHNEIDER
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　By:　/s/ James Patrick Thomas
　　　　　　　　　　　　　　　JAMES PATRICK THOMAS
　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　ND Bar ID 06014
　　　　　　　　　　　　　　　P.O. Box 699
　　　　　　　　　　　　　　　Bismarck, ND  58502-0699
　　　　　　　　　　　　　　　(701) 530-2420
　　　　　　　　　　　　　　　james.p.thomas@usdoj.gov
　　　　　　　　　　　　　　　Attorney for United States of America,
　　　　　　　　　　　　　　　 and Bureau of Indian Affairs

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2025, the following documents:

1. United States' Motion to Dismiss First Amended Complaint;

2. United States' Memorandum in Support of Motion to Dismiss First Amended Complaint;

3. Declaration of Rebeca Pock in Support of United States' Motion to Dismiss; and

4. Declaration of Stell Fallon in Support of United States' Motion to Dismiss, with Exhibits 1-3.

were filed electronically with the Clerk of Court through ECF on January 6, 2025, were printed and mailed by first-class mail, postage paid, to the following non-ECF participant:

Thomas J. Squirek
9275 34th Street NE
Tolna, ND  58380

_____
Jacqueline Haag, Legal Assistant
Office of the United States Attorney